IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD ANDREWS  *Plaintiff*, | : |
| v. | : |
| KNIGHT, *Philadelphia Corrections Officer Sargeant, individually and in his official capacity*; FREDRICKS, *Philadelphia Corrections Officer, individually and in his official capacity*; SEAGRAVES, *Philadelphia Correction Officer, individually and in his official capacity*; HOBER, *Philadelphia Corrections Officer, individually and in his official capacity;* YOUNG, *Philadelphia Correction Officer, individually and in his official capacity*; WALKER, *Philadelphia Correction Officer, individually and in his official capacity*; CITY OF PHILADELPHIA; CAPT. LOVE; CO1 JEFFERSON; CO1 DOTSON; MAJOR MARTIN; CO1 BUTLER; and, LOUIS GIORLA  *Defendants*. | : :  :  : :  : | 
| | CIVIL ACTION NO.: 17-0962 |

## ORDER

AND NOW, this 1st day of July 2022, upon consideration of Defendant Jefferson's Motion for Summary Judgment (ECF No. 90), Plaintiff's Response thereto (ECF No. 95), and Defendant Jefferson's Reply (ECF No. 97), it is hereby ORDERED that said Motion is GRANTED in accordance with this Court's accompanying Memorandum.

BY THE COURT:

/s/  C. Darnell Jones, II    J.