## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD ANDREWS<br>    *Plaintiff*, | : | |
| v. | : | |
| KNIGHT, *Philadelphia Corrections Officer Sergeant, individually and in his official capacity*; FREDRICKS, *Philadelphia Corrections Officer, individually and in his official capacity*; SEAGRAVES, *Philadelphia Correction Officer, individually and in his official capacity*; HOBER, *Philadelphia Corrections Officer, individually and in his official capacity;* YOUNG, *Philadelphia Correction Officer, individually and in his official capacity*; WALKER, *Philadelphia Correction Officer, individually and in his official capacity*; CITY OF PHILADELPHIA; CAPT. RAHMAN; CO1 BLAIR; CAPT. LOVE; CAPT. GRAY; CO1 JEFFERSON; CO1 DOTSON; MAJOR MARTIN; CO1 MULVENNA; MAJOR MAY; CO1 BUTLER; LOUIS GIORLA; and, CAPT. JOHNSON<br>    *Defendants*. | :<br><br>:<br><br>:<br><br>:<br><br>:<br><br>: | CIVIL ACTION<br>NO. 17-0962 |

## **ORDER**

AND NOW, this 7th day of November 2022, upon consideration of: Defendants Love, City of Philadelphia, Dotson, Giorla, Knight and Martin's Motion for Partial Summary Judgment (ECF No. 91); Plaintiff's Opposition thereto (ECF No. 96); and, Defendants' Reply (ECF No. 98), it is hereby ORDERED as follows:

(1) Defendants' Motion is GRANTED as to Count I of Plaintiff's Second Amended Complaint with respect to individual Defendants Giorla, Dotson, Martin and Love;

(2) Defendants' Motion is GRANTED as to Count II against Defendants Giorla and Dotson but DENIED as to Defendants Knight, Martin and Love;

(3) Defendants' Motion is GRANTED as to Counts III and IV as to all Defendants;

(4) Defendants City and Giorla's Motion is DENIED as to Count V;

(5) The parties shall contact Magistrate Judge Lynne A. Sitarski to schedule a settlement conference to be held within forty-five (45) days of the date of this Order;[1] and,

(6) Within two (2) weeks of the settlement conference, the parties shall provide this Court with a jointly prepared written status report.

BY THE COURT:

/s/  C. Darnell Jones, II     J.

---

[1] Said report shall inform the court as to whether the parties would be amenable to continuing their settlement efforts with Judge Sitarski or participating in the Court-Annexed Mediation Program at no cost to either side.  A list of approved mediators participating in the Program may be found at: http://www.paed.uscourts.gov/documents2/mediation.