IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD ANDREWS, | : |
| *Plaintiff*, | : CIVIL ACTION |
| v. | : |
| | : NO. 17-0962 |
| KNIGHT, *Philadelphia Corrections Officer Sergeant, Individually and in His Official Capacity*, et al., | : |
| | : **SUGGESTION OF DEATH** |
| *Defendants*. | : |

Please take Notice that the named Plaintiff in this action, Gerald Andrews, also known as Daniel P. Alexander, died on August 17, 2022. *See* Death Certificate, attached hereto as **Exhibit A**.

A Motion to Substitute Party will be filed pursuant to Federal Rule of Civil Procedure 25(a)(1).

        Respectfully submitted,

        **DUANE MORRIS LLP**

        */s/ Dawnn E. Briddell*
        Dana B. Klinges (ID No. 57943)
        Dawnn E. Briddell (ID No. 47329)
        Matthew S. Decker (ID No. 318614)
        30 South 17th Street
        Philadelphia, PA 19103
        Telephone:    (215) 979-1143
        (856) 874-4273 / (215) 989-1168
        Email: DKlinges@duanemorris.com
               DBriddell@duanemorris.com
               MDecker@duanemorris.com

        *Attorneys for Plaintiff*

Dated: November 16, 2022

## CERTIFICATE OF SERVICE

I, Dawnn E. Briddell, certify that on November 16, 2022, I caused a copy of the foregoing Suggestion of Death to be filed and served via ECF upon Defense Counsel, and all counsel of record in the Court's electronic filing system.

*/s/ Dawnn E. Briddell*
Dawnn E. Briddell

# EXHIBIT A

# VITAL RECORDS

## Certification of Death

Disposition Permit Number: E542610
State File Number: 400831-2022

Decedent's Legal Name: Daniel P. Alexander
Alias:
Date of Death: August 17, 2022
Social Security: Unknown

Age: 49 Years
Date of Birth: July 19, 1973
Birthplace: Philadelphia, Pennsylvania
Ever in US Armed Forces: Unrecorded
Marital Status: Never Married

Residence Address: 6722 Calvert Street Philadelphia, Pennsylvania 19149
Residence County: Philadelphia

Surviving Spouse's Name:
Father / Parent's Name: Information Not Recorded
Mother / Parent's Name: Charlene Alexander

Informant's Name: Shakila Alexander
Informant's Relationship to Decedent: Daughter

Place of Death: Hospital DOA
Temple University Hospital, Inc.
City or Town, State, and Zip Code: Philadelphia, Pennsylvania 19140
County of Death: Philadelphia

Method of Disposition: Cremation
Place of Disposition: Delaware County Crematory LLC

Location of Disposition: Lansdowne, Pennsylvania 19050
Date of Disposition: September 15, 2022
Time of Death: Pronounced 02:31 PM

Name and Address of Funeral Facility: Leonetti-O'Leary Funeral Home Inc
2542 S Broad Street Philadelphia, Pennsylvania 19145
Funeral Director: Kathleen J. O'Leary (Electronically Signed)

### PART I. Cause of Death:
Immediate Cause: a. Drug Intoxication — Approximate Interval Onset to Death: Unknown
b. <<<>>>
c. <<<>>>
d. <<<>>>

### PART II. Other Significant Conditions Contributing to Death:
<<<>>>

Was an Autopsy Performed? Yes
Were Autopsy Findings Available to Complete Cause of Death? Yes

Date of Injury: August 17, 2022
Time of Injury: Unrecorded
Place of Injury: Street/Highway
Injury at Work? No

Location of Injury: West York & 3rd Street Philadelphia, PA 19133
Describe How Injury Occurred: Used Drugs

If Transportation Injury, Specify:
Did Tobacco Use Contribute to Death? No
Pregnant at Time of Death: Not Applicable
Manner of Death: Accident

Hispanic Origin: Not Spanish/Hispanic/Latino
Education: High School graduate or GED completed
Decedent's Race: Black or African American

Usual Occupation: Unrecorded
Kind of Business/Industry: Unrecorded

Certifier's Name & Title: Khalid S Wardak M.D./Coroner (Electronically Signed)
Address: 400 N Broad Street Philadelphia, Pennsylvania 19130
Date Certified: August 24, 2022

Registrar's Name/Control Number: Cynthia J Kerr (Electronically Signed)   22-236
Date Filed: September 15, 2022

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

Lisa A. Hassebroek
State Registrar

COMMONWEALTH OF PENNSYLVANIA · DEPARTMENT OF HEALTH

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

0007266825

DETACH HERE — TEAR AT THIS PERFORATION — DETACH HERE



SHAKILA ALEXANDER
6722 CALVERT ST
PHILADELPHIA, PENNSYLVANIA 19149

Order Number: 20220900479